# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GABRIEL ZARZA-ESTRADA,<br><br>　　　　　　Defendant. | CASE NO.　8:25CR59<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

　　　Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

　　　(1)　The defendant affirms receiving a copy of the Indictment.

　　　(2)　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

　　　(3)　The defendant pleads not guilty to all counts of the Indictment.

_____　　　03/13/2025
Defendant　　　　　　　　　　　　　　　　Date

_____　　　03/13/2025
Attorney for Defendant　　　　　　　　　　Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

　　　DATED this 26th day of March, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT